# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:17-CR-00330-01** |
| **VERSUS** | **JUDGE ZAINEY** |
| **JAVIER MUNOZ (01)** | **MAGISTRATE JUDGE KAY** |

## RULING AND REASONS

Before the Court is a letter dated March 14, 2021, authored by Defendant, Javier Munoz wherein he requests that the Court "adjust the fee status of this case to reflect the undersigned's In Forma Pauperis status" . . . The Court will consider the letter as a Motion for Reconsideration of the undersigned's Order striking Munoz's Motion to Proceed in Forma Pauperis.[1]

On December 18, 2020, Defendant filed a Notice of Appeal.[2] Shortly thereafter a Fee Letter was issued by the Clerk of Court requesting payment of the appeal filing fee.[3] Defendant then filed a Motion to Proceed In Forma Pauperis on Appeal.[4] The Clerk of Court issued a Notice of Deficiency[5] as to that motion because Defendant failed to include his prison account accompanied by an officer's signature, nor did he provide a certified copy of the applicant's prison trust fund account as required by 28 U.S.C.A § 1915. Because Munoz failed to correct the deficiency, his Motion to proceed In Forma Pauperis on Appeal was Stricken.[6]

---

[1] Doc. 134.
[2] Doc. 129
[3] Doc. 130.
[4] Doc. 131.
[5] Doc. 132.
[6] Docs. 131, 133, 134.

Defendant relies on Rule 24 of the Federal Rules of Appellate Procedure. Rule 24(a) which provides, in pertinent part that:

> [a] party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless:
>
> (A) the district court- - before or after the notice of appeal is filed- - certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding; or
>
> (B) a statute provides otherwise.

Munoz has appealed to the Fifth Circuit regarding this Court's denial of his Motion for Compassionate Release.[7] Munoz's Motion for Compassionate Release is criminal, therefore Rule 24 provides that he may procced on appeal in forma pauperis without further authorization. Accordingly,

**IT IS ORDERED** that Munoz's Motion to Reconsider is hereby **GRANTED,** and the Docket Clerk is instructed to change his fee status in accordance with Rule 24 of the Federal Rules of Appellate Procedure.

**THUS DONE AND SIGNED** in New Orleans, Louisiana on this 27th day of April, 2021.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

---

[7] Docs 128 and 129.