UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**UNITED STATES OF AMERICA**  **CASE NO. 2:17-CR-00330-01**

**VERSUS**  **JUDGE ZAINEY**

**JAVIER MUNOZ (01)**  **MAGISTRATE JUDGE KAY**

**RULING AND REASONS**

Before the Court is "Defendant's Renewed Motion for Relief from Order of District Court Denying Motion Under 28 U.S.C. 2255, Pursuant to Fed. R. Civ. P. 60(b)(1)&(6)" (Doc. 142) wherein Defendant Javier Munoz complains that the Court did not consider his Motion for Leave to Amend. Munoz attaches to the instant Motion for Relief, a letter addressed specifically to the undersigned with a mailing address for the Lake Charles courthouse, dated October 31, 2019. Munoz asserts that the letter was intended to amend his § 2255 motion to vacate which he filed September 12, 2019. Munoz remarks that on November 19, 2021, the Court rejected his original § 2255 motion but made no mention of the October 31, 2019 "Motion for Leave to Amend." Munoz suggests that the Court overlooked the claims raised in the October 31, 2019 submissions, and if the Court had considered said claims, it would have changed the outcome of the proceedings.

The Court has reviewed the record and notes the following relevant filings:

09/12/2019  Motion to Vacate under 28 U.S.C. § 2255 by Munoz, *pro se*[1]

---
[1] Doc. 92.

| | | |
|---|---|---|
| 09/13/2019 | Order for Government to respond on 10/04/2019[2] | |
| 10/04/2019 | Response by Government[3] | |
| 10/22/2019 | Reply by Munoz[4] | |
| 10/29/2019 | Order for Government to file supplemental response on 11/8/2019[5] | |
| 11/04/2019 | Government's supplemental response[6] | |
| 11/19/2019 | Ruling and Reasons by the Court[7] | |
| 11/22/2019 | Sur-Reply by Munoz[8] | |
| 12/06/2019 | Notice of Appeal by Munoz[9] | |

The Court has further reviewed all of these documents relative to Munoz's § 2255 Motion. The record is devoid of any Motion to Amend Munoz's § 2255 Motion to Vacate. The letter Munoz now attaches to his Motion for Reconsideration was not filed in the record. The § 2255 Motion has been ruled upon and Munoz has appealed the Court's ruling.

The "letter" Munoz attaches to his Motion is not properly before the Court. The Court finds that there is no basis in law or fact to reconsider its prior Ruling. Accordingly,

**IT IS ORDERED** that the Motion for Reconsideration is hereby **DENIED.**

**THUS DONE AND SIGNED** in New Orleans, Louisiana on this 27th day of April, 2021.

---

[2] Doc. 93.
[3] Doc. 95.
[4] Doc. 97.
[5] Doc. 98.
[6] Doc. 100.
[7] Doc. 101.
[8] Doc. 102; this Sur-Reply addressed other matters and was not related to the above described October 31, 2019 letter.
[9] Doc. 103.

_____
**JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE**