UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:17-CR-00330-01** |
| **VERSUS** | **JUDGE ZAINEY** |
| **JAVIER MUNOZ (01)** | **MAGISTRATE JUDGE KAY** |

### RULING AND REASONS

Before the Court is a "Motion for Reduction of Sentence Pursuant to U.S.C. 3582 (C)(1)(A) (Doc. 150)" filed by Defendant Javier Munoz. Defendant is currently incarcerated at FCRI – Fort Dix, New Jersey. This motion is Defendant's third motion for compassionate release.

### INTRODUCTION

After pleading guilty to possession with intent to distribute 500 grams of methamphetamine, Munoz was sentenced to 165 months imprisonment followed by 5 years of supervised release.[1] As of this date, Munoz has an approximate release date of February 20, 2030, and has served approximately 44 months of his sentence.

### LAW AND ANALYSIS

In his current motion, Defendant asserts that his wife was in a motor vehicle accident that has left her incapacitated. Other than Defendant's complaints of obesity and his prior COVID-19 infection, Defendant makes no new assertions that would persuade this Court to reduce his sentence. Accordingly,

---

[1] Rec. 50.

**IT IS ORDERED** that the Motion for Reduction of Sentence Pursuant to U.S.C. 3582 (C)(1)(A) (Doc. 150) filed by Defendant Javier Munoz is hereby **DENIED.**

**THUS DONE AND SIGNED** in New Orleans, Louisiana on this 7th day of February, 2022.

_____
**JAY C. ZAINEY**
**UNITED STATES DISTRICT JUDGE**